# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

E...........T-WI
FILED
2022 NOV 18 A 10: 53

(Full name of plaintiff(s))

GLENN Interest Investments Firm, LP
and Glenn, Micah

v.

(Full name of defendant(s))

City of Milwaukee
Tearman Spencer
Hannah R. Jahn, et. al

Case Number:

**22-C-1370**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __4314 North 17th St., Milwaukee, WI 53209__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Tearman Spencer__
   (Name)

Complaint – 1

Additional Pages to Statement of Claim

Plaintiff is a citizen of Wisconsin and resides at 4314 N. 17th St., Milwaukee, WI 53209

Defendant Hannah R. Jahn is a citizen of Wisconsin and resides at Unknown
and worked for City of Milwaukee City Attorney Office, 800 City Hall, 200 East Wells Street, Milwaukee, WI 53202

Defendant Deborah McCollum-Garthing is a citizen of Wisconsin and resides at 5118 W. Villard Ave, Milwaukee, WI
and worked for City of Milwaukee, 800 City Hall, 200 East Wells Street, Milwaukee, WI 53202

Defendant Amy Turim is a citizen of Wisconsin and reside at Unknown
and worked for City of Milwaukee 800 City Hall, 200 East Wells Street, Milwaukee, WI 53202

Defendant Janet Protasiewicz is a citizen of Wisconsin and resides at Unknown
and worked for First Judicial District 901 North Ninth Street, Room 609, Milwaukee, WI 53233

Continue:
Defendant Deborah McCollum-Gathing:
3448 N. 5th St.; 3434 N. 5th St.; 1132 W. Capitol Dr.

is (if a person or private corporation) a citizen of __Wisconsin__ (State, if known)

and (if a person) resides at __8629 N. Service Dr. or 4205 W. Bonny Pl.__ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __City of Milwaukee, City Attorney__ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff GLENN Interest Investments Firm, LP is a domestic Limited Partnership, duly and legally formed, organized and existing by and under the laws of Wisconsin. Glenn, Micah has notified the proper custodians under the Trading with the Enemy Act and the Emergency Banking Relief Act of the release and conveyance of the property known as MICAH ERNEST GLENN, and all derivations of that name, by Notice of Interest and a statement of Interest to which President Commander In Chief Donald Trump, Secretary of the Treasury Steven Mnuchin and Governor Tony Evers

Complaint – 2

failed to respond or object. The financial statements and quitclaim deeds recorded by the commercial organization MICAH ERNEST GLENN, on the properties 3570 N. 19th St. and 430 East Garfield Ave shows that both legal entities held ~~legal~~ title to and security interests in said properties. ~~On May 19, 2022~~ The City was concerned about the possibility of ~~respondents~~ MICAH ERNEST GLENN's deeds and recordings clouding the title to the properties, so on April 13, 2022, the City recorded affidavits asserting City ownership of the properties with the Register of Deeds in an attempt to "clear title". On May 19, 2022, City of Milwaukee, by its attorneys, Tearman Spencer, City Attorney, represented by Hannah R Jahn, Assistant City Attorney, petition the Milwaukee County Circuit Court for a TRO/injunction against Glenn, Micah by misnomer. Glenn, Micah was mistaken for the property, MICAH ERNEST GLENN, and was forced, under threat and duress to act as surety for MICAH ERNEST GLENN by the corporate County of Milwaukee, through agents, without a fully

Complaint – 3

disclosed contract with Glenn, Micah during the time of May 19, 2022 to July 6, 2022. The court, by Janet Protasiewicz, granted all relief requested by the City. As a result, GLENN Interest Investments Firm, LP, has suffered lost of both real properties; lost of profit from contracted sale agreement and damages to real property. Glenn, Micah has suffered no just compensation for each use of property MICAH ERNEST GLENN and humiliation. ~~GLENN Interest Investments Firm, LP~~



# BLM
2 messages

**Tellevik, Matthew R** <mtellevik@blm.gov>  Thu, Oct 20, 2022 at 12:03 PM
To: micaheglenn100674@gmail.com <micaheglenn100674@gmail.com>

Hi Micah,

We spoke briefly in the lobby today. Someone from the BLM should be contacting you in regards to your land patents.

Please let me know if you don't hear anything by tomorrow and I will follow up.

Thanks,

Matthew Tellevik
Administrative Support Assistant
BLM-NSDO
626 E. Wisconsin Ave. Suite 200
Milwaukee, WI 53202
414-265-6948 Cell

---

**MICAH ERNEST GLENN** <micaheglenn100674@gmail.com>  Thu, Oct 20, 2022 at 12:19 PM
To: Tellevik, Matthew R <mtellevik@blm.gov>

Thank you very much.
[Quoted text hidden]



# Receipts
7 messages

---

**MICAH ERNEST GLENN** <micaheglenn100674@gmail.com>       Thu, Oct 20, 2022 at 1:42 PM
To: gjohnston@blm.gov, MICAH GLENN <micaheglenn100674@gmail.com>

—

## Micah Glenn,

**Asset Recovery Agent (ARA)**

**MICAH ERNEST GLENN©**

Milwaukee, WI 53212

CELL:

OFFICE: 414.502.9855

FAX: N/A

E-Mail: micaheglenn100674@gmail.com

MICAH ERNEST GLENN, registered organization

https://www.facebook.com/MEGprivatebusinesstrust/

---

**Johnston, Georgi N** <gjohnston@blm.gov>       Fri, Oct 21, 2022 at 7:13 AM
To: MICAH ERNEST GLENN <micaheglenn100674@gmail.com>

Micah,

Looking at the documents you attached, it appears that you purchased certified copies of the original patents. Our office can provide certified copies of the original land patents, but we do not change or update original land patents to reflect current ownership. We do not change land patents or follow the chain of title in any way after the property left federal ownership.

Case 2:22-cv-01370-BHL   Filed 11/18/22   Page 7 of 12   Document 1
Complaint-3C

Within the scope of its delegated authority, originating with the Secretary of the Interior, the Bureau of Land Management (BLM) issues original United States patent for federally owned lands not previously patented. When title to land has passed out of Federal ownership, the BLM has no authority to reissue a land patent in the name of the present owner of the land previously patented by the United States. The BLM may only provide certified copies of previously issued, original United States patents and other existing documents of file. All realty transactions that subsequently affect title to the land are customarily recorded in the local county recorder's office.

I hope this information helps to clarify what documents you received from our office.

Georgi

Georgi Johnston

Realty Specialist

Bureau of Land Management

Northeastern States District Office

Cell: 414.837.8116

E-mail: gjohnston@blm.gov

---

**From:** MICAH ERNEST GLENN <micaheglenn100674@gmail.com>
**Sent:** Thursday, October 20, 2022 1:43 PM
**To:** Johnston, Georgi N <gjohnston@blm.gov>; MICAH GLENN <micaheglenn100674@gmail.com>
**Subject:** [EXTERNAL] Receipts

> This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

[Quoted text hidden]

---

**MICAH ERNEST GLENN** <micaheglenn100674@gmail.com>  Fri, Oct 21, 2022 at 7:54 AM
To: Johnston, Georgi N <gjohnston@blm.gov>

I understand that. The certified copies sent were legally recorded with the Wisconsin Department of Financial Institutions which authorized them to be also recorded with the Milwaukee County Register of Deeds office. They were reviewed by the appropriate party, the Milwaukee County Corporate Counsel, who approved them and recorded them per Wisconsin Statute and per Opinion of the Attorney General (OAG-4-12). Now my question is, is there anyone from BLM that can testify or provide a statement that these are true certified copies of the original, the verbiage on the certified copies cannot be changed by a judge or circuit court, and that the expiration date on them has not expired?

Complaint-3d

Of course we know that they are true certified copies, the verbiage cannot be altered or change and that there is no expiration date on them. But I need that to come from the BLM.

I am also getting in contact with the U.S. Department of State as suggested by the U.S. Attorney office because the Milwaukee County D.A. and City Attorney is not honoring my devine status as a State Citizen (not U.S. Citizen) as authorized by both the Secretary of State and U.S. Dept of State. The County and City has me for an "Alter-Ego" theory, when they simply just didn't do their homework assignments.

Please let me know if those questions can be answered by either testimony or written statement.
[Quoted text hidden]

---

**Johnston, Georgi N** <gjohnston@blm.gov>  Fri, Oct 21, 2022 at 10:47 AM
To: MICAH ERNEST GLENN <micaheglenn100674@gmail.com>

Micah,

The BLM may provide certified copies of previously issued, original United States patents. BLM does not provide further certification of patent copies. This certified copy of an original patent may be used to support legal or administrative processes.

[Quoted text hidden]

---

**MICAH ERNEST GLENN** <micaheglenn100674@gmail.com>  Fri, Oct 21, 2022 at 11:00 AM
To: Johnston, Georgi N <gjohnston@blm.gov>

Thank you for the clarification.
[Quoted text hidden]

---

**MICAH ERNEST GLENN** <micaheglenn100674@gmail.com>  Sat, Oct 22, 2022 at 9:35 AM
To: printandgo@fedex.com

[Quoted text hidden]

---

**MICAH ERNEST GLENN** <micaheglenn100674@gmail.com>  Sat, Oct 22, 2022 at 9:53 AM
To: printandgo@fedex.com

---------- Forwarded message ----------
From: **MICAH ERNEST GLENN** <micaheglenn100674@gmail.com>
Date: Fri, Oct 21, 2022, 11:00 AM
Subject: Re: [EXTERNAL] Receipts
[Quoted text hidden]
[Quoted text hidden]

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I pray the Court will award money for damages to the firm's real property, for loss of profit to a sale contract for one of the real properties and for Slander of title including punitive damages. For Glenn, Micah the award of money for unauthorized use of private property (MICAH ERNEST GLENN) plus costs and triple damages. Also an order for the defendant's to correct the City of Milwaukee Property Data system and return Plaintiff's names in system. We ask for Ejectment and return of real properties with a permenant injunction for all and future real properties of both the partnership and Glenn, Micah.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16__ day of __November__ 20__22__.

Respectfully Submitted, Without Prejudice,

__Micah Ernest Gl___
Signature of Plaintiff

__414-699-9972__
Plaintiff's Telephone Number

__glenninterestinvestmentsfirm)p@gmail.com__
Plaintiff's Email Address

__4314 N. 17th Street__
__Milwaukee, WI 53209__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

E. Jury Demand

I want a jury to hear my case

☑ Yes  ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16__ day of November, 2022.

Respectfully Submitted,

_Glen, Micah_
Signature of Plaintiff

_414-502-9855_
Plaintiff's phone number

_cugroove@gmail.com_
Plaintiff's Email Address

_4314 North 17th Street_
_Milwaukee, WI 53209_
Mailing Address of Plaintiff