# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Glenn Interest Investments Firm LP et al<br>*Plaintiff*<br>v.<br>City of MIlwaukee et al<br>*Defendant* | Civil Action No. 22-cv-1370-bhl |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The case is frivolous and must be dismissed under 28 USC Section 1915(e)(2)(B)(i).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Brett H. Ludwig on a motion for leave to proceed without prepayment of the filing fee.

Date: November 23, 2022

*CLERK OF COURT*

Julie D.
*Signature of Clerk or Deputy Clerk*