# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CIVIL DOCKET FOR CASE #: 2:22−cv−01370−BHL

| | |
|---|---|
| Glenn Interest Investments Firm LP et al v. City of Milwaukee et al | Date Filed: 11/18/2022 |
| Assigned to: Judge Brett H Ludwig | Date Terminated: 11/23/2022 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Glenn Interest Investments Firm LP**     represented by     **Glenn Interest Investments Firm LP**
PRO SE

**Plaintiff**

**Micah Glenn**     represented by     **Micah Glenn**
*also known as*
Micah Ernest Glenn

4314 N 17th St
Milwaukee, WI 53209
414−699−9972
PRO SE

V.

**Defendant**

**City of Milwaukee**

**Defendant**

**Tearman Spencer**

**Defendant**

**Hannah R Jahn**

**Defendant**

**Deborah McCollum**

**Defendant**

**Amy Turim**

**Defendant**

**Janet Protasiewicz**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/18/2022 | 1 | | |

| Date | # | | Description |
|---|---|---|---|
| | | | PRO SE COMPLAINT against City of Milwaukee, Hannah R Jahn, Deborah McCollum, Janet Protasiewicz, Tearman Spencer, Amy Turim filed by Micah Glenn. Jury Demand. Consent forms distributed for Magistrate Judge Stephen C Dries. (kah) |
| 11/18/2022 | 2 | | MOTION for Leave to Proceed Without Prepayment of the Filing Fee by All Plaintiffs. (kah) |
| 11/23/2022 | 3 | | ORDER signed by Judge Brett H Ludwig on 11/23/22 that Plaintiff's case is frivolous under 28 U.S.C. §1915(e)(2)(B)(i). Accordingly, the case must be DISMISSED. (cc: all counsel and mailed to pro se party)(jad) |
| 11/23/2022 | 4 | | JUDGMENT signed by Deputy Clerk on 11/23/22. (cc: all counsel and mailed to pro se party)(jad) |
| 11/23/2022 | 5 | | Magistrate Judge Jurisdiction Form filed by Micah Glenn. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (kah) |
| 11/23/2022 | 6 | | Magistrate Judge Jurisdiction Form filed by Glenn Interest Investments Firm LP. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (kah) |
| 12/14/2022 | 7 | | MOTION for Reconsideration by All Plaintiffs. (Attachments: # 1 Exhibits)(kah) |
| 12/14/2022 | 8 | | MOTION for Leave to File an Amended Complaint by All Plaintiffs. (kah) |
| 12/14/2022 | 9 | | MOTION for Extension of Time to File Notice of Appeal by All Plaintiffs. (kah) |
| 12/22/2022 | 10 | 4 | ORDER signed by Judge Brett H Ludwig on 12/22/22 that Glenn's Motion for Reconsideration 7 is DENIED. Glenn's Motion for Leave to File an Amended Complaint 8 is DENIED. Glenn's Motion for Extension of time 9 isDENIED as moot. (cc: all counsel and mailed to pro se party)(jad) |
| 12/30/2022 | 11 | 3 | NOTICE OF APPEAL as to 10 Order on Motion for Reconsideration,, Order on Motion for Leave to File,, Order on Motion for Extension of Time, by Micah Glenn. (cc: all counsel) (dl) |
| 12/30/2022 | 12 | | Pro Se Cover Letter re: 11 Notice of Appeal (Attachments: # 1 Docket Sheet)(dl) |

United States District Court
Eastern District of Wisconsin

GLENN Interest Investments Firm, LP (Assigns), 2022 DEC 30 P 2: 17
et. al.

        Plaintiff-Appellant(s),

                                    NOTICE OF APPEAL

v.                                        Case No: 22-cv-1370-bhl

CITY OF MILWAUKEE,
et. al.

        Defendant-Appellee (s).

Notice is hereby given that GLENN Interest Investments Firm, LP and Glenn, Micah, plaintiff's in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from an order denying motion for reconsideration and motion for leave to file an amended complaint entered in this action on the 22nd day of December, 2022.

12-30-22                             12-30-22
Date                                  Date

                                         Without Liablility,

Signature                          Signature

                                         GLENN Interest Investments Firm, LP
  Glenn, Micah                          By MICAH ERNEST GLENN
Printed Name                         Printed Name

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GLENN INTEREST INVESTMENTS FIRM LP
And MICAH GLENN,

                  Plaintiffs,

v.                                      Case No. 22-cv-1370-bhl

CITY OF MILWAUKEE, et al

                  Defendants.

## ORDER DENYING MOTION FOR RECONSIDERATION, MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, AND MOTION FOR EXTENSION OF TIME TO APPEAL

      On November 18, 2022, Plaintiffs Micah Glenn and Glenn Interest Investment Firms LP[1] brought this lawsuit against the City of Milwaukee and five individual defendants. (ECF No. 1.) Glenn also moved for leave to proceed without prepayment of the filing fee. (ECF No. 2.) Consistent with 28 U.S.C. Section 1915, the Court screened Glenn's complaint and dismissed it for frivolousness. (ECF No. 3.) As the Court's Order explains, to the extent Glenn's papers are intelligible, they represent a frivolous attempt to file "bogus 'land patents'" to confound Wisconsin's "system of recording interests in real property." *Wisconsin v. Glick*, 782 F.2d 670, 672 (7th Cir. 1986).

      Glenn has now filed motions for an extension of time to appeal, reconsideration, and leave to file an amended complaint. (ECF Nos. 7, 8, & 9.) The Court will address each in turn.

      The Court construes the motion for reconsideration as a motion to alter or amend judgment under Fed. R. Civ. P. 59(e). *See A.D. Weiss Lithograph Co., Inc. v. Illinois Adhesive Prods. Co.*, 705 F.2d 249, 250 (7th Cir. 1983.) "A court may grant a Rule 59(e) motion to alter or amend the judgment if the movant presents newly discovered evidence . . . or . . . points to evidence in the record that clearly establishes a manifest error of law or fact." *In re Prince*, 85 F.3d 314, 324 (7th

---

[1] As the Court's Order explained, Glenn Interest Investment Firms LP is a limited partnership that cannot appear *pro se*. *See Strong Delivery Ministry Ass'n v. Bd. of Appeals of Cook Cnty*, 543 F.2d 32, 33 (7th Cir. 1976); *Runkle v. United States*, 962 F.Supp. 1112, 1113 (N.D. Ind. 1997).

Cir. 1996). Glenn's motion does neither. Instead, he asks the Court to liberally construe his pleadings and indicates that he meant to check the box for diversity jurisdiction. (ECF No. 7 at 1.) The Court dismissed Glenn's complaint because it was frivolous, not for want of jurisdiction. (ECF No. 3 at 1-2.) And even excessively liberal construction cannot rescue a frivolous complaint. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992). Glenn's motion for reconsideration cannot remedy the frivolousness of his complaint, so it must be denied.

Glenn also seeks leave to file an amended complaint. "[W]hen a plaintiff—especially a *pro se* plaintiff—fails to state a claim in his first complaint, he should ordinarily be given a chance to amend." *Felton v. City of Chicago*, 827 F.3d 632, 636 (7th Cir. 2016). This, however, is not a per se rule. Rather, courts should grant leave to amend when "frivolous factual allegations could be remedied through more specific pleading" or where the absence of sufficient facts in the complaint is due to the unskilled nature of the *pro se* plaintiff. *Alston v. DeBruyn*, 13 F.3d 1036, 1039 (7th Cir. 1994) (citations omitted). The problem with Glenn's complaint is that it pleads only a frivolous cause of action. *See Glick*, 782 F.2d at 672-73. More specifics would not help him. Indeed, his complaint already contains an abundance of specific facts. (ECF No. 1.) But these facts only confirm that the suit he is bringing is frivolous. He is therefore not entitled to amend his complaint, and his motion will be denied.

Finally, Glenn seeks an extension of time to file his Notice of Appeal. (ECF No. 9.) This motion is unnecessary. "A timely motion for reconsideration filed with a window to appeal . . . renders an otherwise final decision of a district court not final for purposes of appeal." *Nutraceutical Corp. v. Lambert*, 139 S. Ct. 710, 717 (2019) (citation omitted). Because he filed a timely motion for reconsideration, Glenn's window to appeal will not commence until this Order is filed. Thus, there is no need to grant his motion for an extension of time, so it will be denied as moot.

**IT IS HEREBY ORDERED** that Glenn's Motion for Reconsideration, ECF No. 7, is **DENIED**.

**IT IS FURTHER ORDERED** that Glenn's Motion for Leave to File an Amended Complaint, ECF No. 8, is **DENIED**.

**IT IS FURTHER ORDERED** that Glenn's Motion for Extension of time, ECF No. 9, is **DENIED** as moot.

Dated at Milwaukee, Wisconsin on December 22, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge