# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 30, 2022

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-3309
>
> Caption:
> GLENN INTEREST INVESTMENTS FIRM, LP and MICAH GLENN,
>      Plaintiffs - Appellants
>
> v.
>
> CITY OF MILWAUKEE, et al.,
>      Defendants - Appellees
>
> ---
>
> District Court No: 2:22-cv-01370-BHL
> Clerk/Agency Rep Gina M. Colletti
> District Judge Brett H. Ludwig
>
> Date NOA filed in District Court: 12/30/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)